IN THE UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF MISSOURI
WESTERN DIVISION

| | |
|---|---|
| VICTOR CHUCK POE, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) Case No. 11-6016-CV-SJ-FJG |
| | ) |
| JOHN G. STUMPF, et al, | ) |
| | ) |
| Defendants. | ) |

**JUDGMENT IN A CIVIL CASE**

[x] Decision by Court. The issues have been determined and a decision has been made.

IT IS ORDERED AND ADJUDGED that defendants' motions to dismiss (Doc. Nos. 5 and 9) will be **GRANTED** and plaintiff's claims for fraud, USA Patriot Act violations, "vapor money" theories, and all claims against defendants Stumpf and Arnold will be **DISMISSED WITH PREJUDICE** . To the extent that this order on the pending motions to dismiss does not dispose of all the claims stated in plaintiff's suit (which is doubtful), the Court will **DISMISS** those claims **WITH PREJUDICE** for failure to prosecute and failure to comply with Court Orders.

AT THE DIRECTION OF THE COURT
ANN THOMPSON
Court Executive

 /s/Joella Baldwin
By: Deputy Clerk

Date: 5/3/2011